UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| MICHAEL PATRICK ANGLEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 6:12-cv-00666-KOB-HGD |
| ) | |
| FAYETTE COUNTY JAIL, et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 27, 2012, recommending that the court dismiss this § 1983 action pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 19). No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court finds that the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The court will enter a separate Final Judgment.

DONE and ORDERED this 4th day of January, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE